UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa Sosa, *et al.*,

    Plaintiffs,

v.                                                                  Case No.  05-72539

Commissioner of Social                              Honorable Sean F. Cox
Security,

    Defendant.
_____/

## ORDER ADOPTING
## 6/7/16  REPORT AND RECOMMENDATION

In a Report and Recommendation issued on June 7, 2016, the magistrate judge assigned to this action, Magistrate Judge David Grand, recommends that this Court dismiss Plaintiff's complaint with prejudice pursuant to Fed. R. Civ. P. 41(b).  (6/7/16 R&R at 4).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby **ADOPTS** the June 7, 2016 R&R.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH**

**PREJUDICE**, pursuant to Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**


Dated:  July 8, 2016                          S/ Sean F. Cox  
                                                         Sean F. Cox  
                                                         U. S. District Judge


I hereby certify that on July 8, 2016, the foregoing document was served on counsel of record via electronic means and upon Lisa Sosa via First Class mail at the addresses below:

LISA SOSA  
27602 LITTLE MACK  
ST. CLAIRE SHORES, MI 48081

LISA SOSA  
2121 REO AVENUE  
LINCOLN PARK, MI 48146

                                                                                           S/ J. McCoy  
                                                                                          Case Manager